UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MAINE

STEWART CARNEY, JR., surviving )
Spouse of the decedent, MONICA J. )
JOHNSON, in his personal capacity, and )
ROBERTA WINCHELL, ESQ. in her )
capacity as PR of the )
Estate of Monica J. Johnson, )
  )  Civil Action No. 1:20-cv-00349-GZS
    Plaintiffs )
  )
v. )
  )
HANCOCK COUNTY, MAINE, et al )
  )
    Defendants )

## MOTION FOR WITHDRAWAL OF MARK G. LAVOIE

NOW COMES Mark G. Lavoie, Esq., and moves to withdraw as counsel for Defendant, William A. Schaffer, M.D. in the above-entitled action.  In further support thereof, I state as follows:

1. The law firm of Norman, Hanson & DeTroy, LLC, represents Defendant William A. Schaffer, M.D.

2. Joshua D. Hadiaris, Esq. of Norman, Hanson & DeTroy, LLC, has an appearance in this matter and will continue to represent Defendant William A. Schaffer, M.D., with no disruption in their legal representation.

1

3. Accordingly, I seek to withdraw as counsel for Defendant William A. Schaffer, M.D.

WHEREFORE I request that his Honorable Court:

A. Grant this motion to withdraw as counsel;

B. Withdraw me from counsel of record.

Dated at Portland, Maine this 19th day of May, 2022.

Respectfully submitted,

/s/ Mark G. Lavoie, Esq.

Mark G. Lavoie, Esq.
Attorney for Defendant,
William A. Schaffer, M.D.
NORMAN, HANSON & DETROY, LLC
P.O. Box 4600
Portland, ME 04112-4600
(207) 774-7000

Service pursuant to M.R.Civ.P. 5(b)(2):
*LavoieService@nhdlaw.com*

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2022, I electronically filed the within Notice of Withdrawal with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Mark G. Lavoie, Esq.
Mark G. Lavoie, Esq.
Attorney for Defendant,
William A. Schaffer, M.D.
NORMAN, HANSON & DETROY, LLC
P.O. Box 4600
Portland, ME 04112-4600
(207) 774-7000