UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| STEWART CARNEY, JR., surviving spouse of the decedent MONICA JEAN JOHNSON, in his personal capacity, and ROBERTA E. WINCHELL, ESQ. in her capacity as Personal Representative of the ESTATE OF MONICA JEAN JOHNSON, | ) ) ) ) ) ) ) ) ) | CIVIL ACTION  DOCKET NO. 1:20-cv-00349-SDN |
| Plaintiffs | ) ) | |
| v. | ) ) | |
| HANCOCK COUNTY, MAINE, SCOTT KANE, TIMOTHY RICHARDSON, FRANK L. SHEPARD, AROOSTOOK MENTAL HEALTH SERVICES, KAYLA DUMOND, NOAH LEWEY, TRAVIS YOUNG, RUSSELL WILSON, CHRISTOPHER STANLEY, JILLIAN JONES, ALICIA LAMBERT, W. A. SCHAFFER, JOHN DOE I and JOHN DOE II, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants | ) | |

**STATUS REPORT**

NOW COME the Plaintiffs, through their attorney, and file a Status Report pursuant to this Court's Order:

    1.    The Law Court issued its opinion on April 15, 2025.

    2.    The Law Court dismissed the appeal.

3. The parties request that the stay continue in effect so that the case may now proceed through the panel process.

4. All Defendants consent to the filing of this Status Report and for the aforesaid reasons continuation of the stay.

Dated: April 28, 2025                    /s/ Scott J. Lynch
                                         _____
                                         Scott J. Lynch, Esquire
                                         Maine Bar No. 7314
                                         Lynch & Van Dyke, P.A.
                                         261 Ash Street
                                         P.O. Box 116
                                         Lewiston, ME  04243-0116
                                         (207) 786-6641
                                         slynch@hlrvd.com
                                         Attorney for Plaintiffs

- 3 -

**CERTIFICATE OF SERVICE**

      I, Scott J. Lynch, hereby certify that on April 28, 2025, I electronically filed the foregoing Status Report with the Clerk of Court via the CM/ECF system which will send notification of such filing to all counsel of record.

Dated:  April 28, 2025                  /s/ Scott J. Lynch
                                           _____
                                           Scott J. Lynch, Esquire
                                           Maine Bar No. 7314
                                           Lynch & Van Dyke, P.A.
                                           261 Ash Street
                                           P.O. Box 116
                                           Lewiston, ME  04243-0116
                                           (207) 786-6641
                                           slynch@hlrvd.com
                                           Attorney for Plaintiffs